79,989-04

CAUSE No. 10-08-09318-CR-(4)

Ex parte
JAMES STEVEN CORLEY

v

THE STATE OF TEXAS

§ IN THE TEXAS COURT OF
§
§ CRIMINAL APPEALS,
§
§ AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 06 2015

Abel Acosta, Clerk

_____

NOTICE TO THE COURT

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, JAMES STEVEN CORLEY, PRO SE AND RESPECTFULLY shows this Court the following:

ON September 4, 2014, Applicant submitted a writ of habeas corpus (10-08-09318-CR(3)) attacking his conviction by way of a Fourth Amendment violation claim which was shot down pursuant to Ex parte Grigsby, 137 S.W. 3d 673 (2004) on October 22, 2014 (dismissed w/o written order).

ON October 21, 2014, Applicant filed the writ of habeas corpus currently before this Court. This particular 11.07 is NoT an attack of his conviction but an out-of-time appeal request for the opportunity to enter the Court of Appeals based on New Supreme Court law; McNeely, 133 S.Ct. 1552 (2013) and appellate court law; Weems, No. 04-13-00366-CR (2014) and others. For unknown reasoning the State has answered this 11.07 identically to his September 4th writ. A letter was submitted to the ADA outlining this letter yet it seems no remedy has been advanced. Applicant, by way of this Notice, is appealing for relief.

Applicant prays this Honorable Court will see this application for what it is and overide the State's Recommendation by granting him the opportunity to reenter the Court of Appeals to present his argument.

Applicant swears under penalty of perjury that all of the statements herein are true and correct.

Signed this day of March 2, 2014.

Respectfully Submitted

James Steven Corley

James Steven Corley, # 1723438
Clements Unit 7I-28B
9601 Spur 591
Amarillo, TX 79107

CAUSE NO. 09-11-00175-CR

IN THE COURT OF APPEALS FOR THE NINTH
JUDICIAL DISTRICT OF TEXAS AT BEAUMONT

---

JAMES STEVEN CORLEY,     Appellant

v.s.

THE STATE OF TEXAS,     Appellee

---

IN THE 221st DISTRICT COURT
MONTGOMERY COUNTY, TEXAS

---

MOTION FOR LEAVE TO FILE A DELAYED APPEAL

---

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 06 2015
Abel Acosta, Clerk

JAMES STEVEN CORLEY,
PRO SE
CLEMENTS UNIT, 71-28B
9601 Spur 591
Amarillo, TX 79107

MOTION FOR REHEARING CONTINUED.

## JURISDICTION.

Pursuant to Smith V. Texas, No. 13-11-00694-CR, 2013 (Tex. App.- Corpus Christi, 13th COA) FN. 4, holding that after the U.S. Supreme Court's holding in Missouri V. McNeely, 133 S.Ct. 1552, 185 L. Ed. 2d 696 (2013) that Court granted applicant's request motion for Rehearing which included the issue of whether the blood seizure violated the Fourth Amendment, which appellant did not argue in his original brief, Applicant now respectfully requests this Court grant him the same consideration.

## ISSUE PRESENTED

Applicant intends to present only one issue should this Honorable Court grant him the opportunity, that being the warrantless blood draw issue as has been submitted in sister appellate courts, Namely, State V. Villareal, (2014) WL 1257150 * 11 (Tex. App. - Corpus Christi) LEXIS 645; Weems V. State, No. 04-13-00366-CR (Tex. App.- San Antonio 2014); Also Sutherland V. State, 2014 WL 1370118, *10 (Tex. App.-Amarillo, 2014).

## PRAYER

Applicant prays this Court will withdraw its original opinion and grant him the opportunity to reargue his Fourth Amendment claim.

## CERTIFICATE OF SERVICE

Applicant swears under penalty of perjury that all of the facts herein are true and correct,
Signed this day of March 2, 2015

2.

RESPECTFULLY SUBMITTED,

_James Steven Corley_ (signature)

JAMES STEVEN CORLEY
TDCJ No. 1723438
Clements Unit 7I 28B
9601 Spur 591
Amarillo TX 79107

3.